NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER2B, INC.,**

*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Appellees*

---

2026-1833, 2026-1834

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01266, IPR2021-01239.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

August 10, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 10, 2026